UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL BRIGHTBILL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GENERAL MOTORS, LLC, <br><br> Defendant. | Case No. 15-cv-03789-TEH <br><br> **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Samuel Conti for consideration of whether the case is related to *Brightbill v. General Motors*, Case No. 15-cv-00741-SC.

**IT IS SO ORDERED.**

Dated: 09/30/15

THELTON E. HENDERSON
United States District Judge