IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL BRIGHTBILL, et al.,<br><br>　　　　Plaintiffs,<br>　v.<br>GENERAL MOTORS, LLC, and DOES 1-100,<br><br>　　　　Defendants.<br>_____/ | No. C-15-3789 MMC<br><br>**ORDER DIRECTING PLAINTIFFS TO SUBMIT CHAMBERS COPY OF COMPLAINT** |

　　　On November 3, 2015, the above-titled action was reassigned to the undersigned.

　　　To facilitate the Court's review of the case, plaintiffs are hereby DIRECTED to submit forthwith a chambers copy of the complaint, filed August 19, 2015.

　　　**IT IS SO ORDERED.**

Dated: December 2, 2015

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　United States District Judge