CHARLES A. BONNER, ESQ.  SB# 85413
A. CABRAL BONNER, ESQ. SB# 247528
**LAW OFFICES OF CHARLES A. BONNER**
475 GATE FIVE RD, SUITE 212
SAUSALITO, CA 94965
TEL: (415) 331-3070
FAX: (415) 331-2738
cbonner799@aol.com
cabral@bonnerlaw.com

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNLIMITED JURISDICTION

| | |
|---|---|
| JOEL BRIGHTBILL and PATRICIA PAYEUR,<br><br>          Plaintiff,<br>v.<br><br>GENERAL MOTORS, LLC.,<br>          Defendants. | Case No.: 15- CV- 03789 - MMC<br><br>STIPULATION AND [PROPOSED ORDER] CONTINUING CASE MANAGEMENT CONFERENCE |

   The parties, through their respective counsel of record, hereby stipulate and agree to an order Continuing the Case Management Conference presently scheduled for January 15, 2016 at 10:30 AM in Courtroom 7, 19th Floor, Federal Building.

   Good cause exists for this enlargement of time. The parties have agreed to private mediation. The parties request a continuance of the Case Management Conference to April 15, 2015, to allow sufficient time to complete the mediation in this matter.

STIPULATION AND [PROPOSED ORDER] CONTINUING CASE MANAGEMENT CONFERENCE
1

IT IS SO STIPULATED:

Respectfully submitted,
LAW OFFICES OF BONNER & BONNER

Dated: November 18, 2015

By: /s/Charles A. Bonner
CHARLES A. BONNER
Attorney for Plaintiffs

Respectfully submitted,
DYKEMA GOSSETT, LLP

Dated: November 18, 2015

By: /s/Derek S. Whitefield
DEREK S. WHITEFIELD
Attorney for Defendants

## ORDER

The Case Management Conference is continued to April 15, 2016 at 10:30 a.m. The Joint Case Management Statement is to be filed no later than April 8, 2016.

Dated: Dec. 2, 2015.

/s/ Maxine M. Chesney
United States District Court Judge

STIPULATION AND [PROPOSED ORDER] CONTINUING CASE MANAGEMENT CONFERENCE
2