DYKEMA GOSSETT LLP
Derek S. Whitefield (SBN: 165731)
dwhitefield@dykema.com
Dommond E. Lonnie (SBN: 142662)
dlonnie@dykema.com
Isabella C. Hsu (SBN: 306178)
ihsu@dykema.com
333 South Grand Avenue, Suite 2100
Los Angeles, CA  90071
Telephone:  (213) 457-1800
Facsimile:  (213) 457-1850

Attorneys for Defendant,
GENERAL MOTORS, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JOEL BRIGHTBILL and PATRICIA PAYEUR,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL MOTORS, LLC, (A.K.A "NEW GM") AND DOES 1-100,<br><br>Defendants. | Case No. 3:15-cv-03789-MMC<br><br>[Assigned to Hon. Maxine M. Chesney]<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

IT IS HEREBY STIPULATED by and between Plaintiffs Joel Brightbill and Patricia Payeur and Defendant General Motors LLC (collectively referred to as "the Parties"), by and through their attorneys of record, as follows:

1.   The Parties have exchanged Rule 26 initial disclosures and participated in a full day of mediation on March 28, 2016 in San Jose with mediator Charles Hawkins.  Substantial progress was made at the mediation but a settlement was not reached.  The Parties agreed at the conclusion of the mediation to continue settlement discussions for the next 30 days.

2.   The parties believe there is a reasonable likelihood of resolving this case through continued settlement discussions.  Good cause therefore exists to continue

1 the Case Management Conference (CMC), currently set for April 15, 2016 at 10:30
2 a.m. to avoid the time and expense associated with preparing the CMC report and
3 appearing at the conference.

4  3. Accordingly, the parties stipulate and request that the court continue the
5 CMC to May 13, 2016 at 10:30 a.m.  If the case has not settled, the Parties will file a
6 CMC Statement at least one week prior to the continued CMC date.  If the case
7 settles between now and then, the parties will notify the Court that the CMC can be
8 taken off calendar.

9  4. The Parties also agree that, should any of the above-referenced proposed
10 dates be inconvenient or unacceptable for any reason, the Court has the discretion to
11 set other dates which are more convenient or acceptable.  However, counsel request
12 that, in any event, the current proposed dates in this matter be continued to a time that
13 is at least after May 13, 2016.

15 Dated:  March 30, 2016              DYKEMA GOSSETT LLP

17                                      By:/s/ *Derek S. Whitefield*
18                                          Derek S. Whitefield
                                            Attorneys for Defendant,
19                                          GENERAL MOTORS, LLC

20 Dated:  March 30, 2016              LAW OFFICES OF BONNER & BONNER

22                                      By:/s/ *Charles A. Bonner*
23                                          Charles A. Bonner
                                            Attorneys for Plaintiffs,
24                                          JOEL BRIGHTBILL AND
                                            PATRICIA PAYEUR

26 ///
27 ///
28 ///

1 | I hereby attest that I have on file all holographic signatures corresponding to any
2 | signatures indicated by a conformed signature (/S/) within this e-filed document.

Dated:  March 30, 2016   DYKEMA GOSSETT LLP

By: /s/ *Derek S. Whitefield*
  Derek S. Whitefield
  Attorneys for Defendant,
  GENERAL MOTORS, LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: <u>Mar. 30</u>, 2016   _____
            United States District Judge