CHARLES A. BONNER, ESQ.  SB# 85413
A. CABRAL BONNER, ESQ. SB# 247528
**LAW OFFICES OF BONNER & BONNER**
475 GATE FIVE RD, SUITE 212
SAUSALITO, CA 94965
TEL: (415) 331-3070
FAX: (415) 331-2738
cbonner799@aol.com
cabral@bonnerlaw.com

ATTORNEYS FOR PLAINTIFFS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JOEL BRIGHTBILL and PATRICIA PAYEUR, <br><br> Plaintiffs, <br><br> vs. <br><br> GENERAL MOTORS, LLC., and DOES 1-200, <br><br> Defendants. | Case No. 15- CV- 03789- MMC <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL WITH PREJUDICE** |

    The Parties to the above-entitled action jointly submit this Stipulation and [Proposed] Order requesting dismissal with prejudice pursuant to Federal Rule of Civil Procedure Rule 41. The Parties further stipulate that each party shall bear its own costs and fees.

    Thus, the Parties, through their undersigned counsel, respectfully request that the Court enter this Stipulation as an Order.

    **IT IS SO STIPULATED.**

    Each of the undersigned certifies that the content of the foregoing document is acceptable to all persons required to sign the document and authorization to electronically sign this document has been obtained.

Dated: November 8, 2016      DYKEMA GOSSETT, LLP

By: */s/Derek S. Whitefeld* _____
   DEREK S. WHITEFIELD.
   Attorneys for Defendants
   GENERAL MOTORS, LLC

Dated: November 8, 2016      LAW OFFICES OF CHARLES A. BONNER

By: */s/Charles A Bonner* _____
   CHARLES A. BONNER
   Attorneys for Plaintiffs
   JOEL BRIGHTBILL and
   PATRICIA PAYEUR

**IT IS HEREBY ORDERED** pursuant to the parties' Stipulation, and Good Cause appearing therefor, that the above entitled action is hereby dismissed in its entirety with prejudice. Each side shall bear its own costs and fees.

**IT IS SO ORDERED**.

Dated: November 16, 2016

HON. MAXINE M. CHESNEY